UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA NEWMERZHYCKY,<br><br>Plaintiff,<br><br>v.<br><br>GRANT MERCANTILE AGENCY, INC.,<br><br>Defendant. | Case No. 1:21-cv-01040-NONE-EPG<br><br>ORDER REQUIRING DEFENDANT GRANT MERCANTILE AGENCY, INC. TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT THE MANDATORY INITIAL SCHEDULING CONFERENCE<br><br>**SEVEN (7) DAY DEADLINE** |

On July 2, 2021, the Court entered an Order Setting Mandatory Scheduling Conference which set an Initial Scheduling Conference for September 16, 2021. (ECF No. 5.) The order was electronically served on Defendant Grant Mercantile Agency, Inc. ("Defendant") through its counsel of record.

The Initial Scheduling Conference was held on September 16, 2021, at 11:00 AM as scheduled. Plaintiff appeared telephonically through counsel. Defendant's counsel failed to appear at the conference at the time scheduled. After the Court reached out to Defendant's counsel's office, a substitute counsel who is on leave appeared, but the Court had already continued the conference.

///

Accordingly, Defendant Grant Mercantile Agency, Inc., IS HEREBY ORDERED to show cause why sanctions should not issue for its counsel's failure to appear at the mandatory Initial Scheduling Conference. Defendant shall file a written response within seven (7) days of entry of this order.

Failure to respond to this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **September 16, 2021**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2