UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA NEWMERZHYCKY,<br><br>Plaintiff,<br><br>v.<br><br>GRANT MERCANTILE AGENCY, INC.,<br><br>Defendant. | Case No. 1:21-cv-01040-NONE-EPG<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANT GRANT MERCANTILE AGENCY, INC. TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT THE MANDATORY INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

On September 17, 2021, the Court entered an order requiring Defendant Grand Mercantile Agency, Inc. ("Defendant") to show cause why sanctions should not issue for its counsel's failure to appear at the September 16, 2021 Initial Scheduling Conference. (ECF No. 9.) Defendant was directed to respond to the Court's order in writing within seven days. (*Id.*)

On September 20, 2021, Defendant filed a written response to the order to show cause. (ECF No. 10.) According to the response, counsel failed to appear at the conference due to a calendaring error. (*Id.*) The calendaring mistake has since been corrected and will not be encountered in the future. (*Id.*)

In light of counsel's explanation, the Court will discharge the order to show cause.

///

1

Accordingly, IT IS HEREBY ORDERED that the Court's September 17, 2021 order (ECF No. 9) for Defendant to show cause why sanctions should not issue for its counsel's failure to appear at the mandatory Initial Scheduling Conference is DISCHARGED.

The parties are reminded that the Initial Scheduling Conference shall be held on September 28, 2021 at 11:00 AM in Courtroom 10 (EPG) before the undersigned. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: __September 21, 2021__     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2