UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA NEWMERZHYCKY,<br><br>  Plaintiff,<br><br>  v.<br><br>GRANT MERCANTILE AGENCY, INC.,<br><br>  Defendant. | Case No.  1:21-cv-01040-JLT-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 19) |

The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 19.)[1] In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **March 24, 2022**          /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation references Federal Rule of Civil Procedure 41(a)(2), which provides for dismissal by court order "on terms that the court considers proper." However, the parties do not request imposition of any terms as part of the dismissal. Thus, the Court construes the parties' filing as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) rather than a motion to dismiss pursuant to Rule 41(a)(2).

1